

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00377-CR

---

**FRANCIS ANTONY SPARKS, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1745093, Honorable Steve Jumes, Presiding

---

April 11, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Francis Antony Sparks, appeals his conviction for murder[1] and sentence to twenty-five years of confinement.[2]  Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his attorney.  As no decision

---

[1] *See* TEX. PENAL CODE ANN. § 19.02(c).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.